No. 73–831. WARDEN, LEWISBURG PENITENTIARY *v.* MARRERO. C. A. 3d Cir. [Certiorari granted, 414 U. S. 1128.] Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 73–918. PELL ET AL. *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. [Probable jurisdiction noted, 414 U. S. 1155.] Motion of appellants for additional time for oral argument granted and a total of one and one-half hours allotted for oral argument in consolidated cases No. 73–754 [*Procunier* v. *Hillery,* probable jurisdiction noted, 414 U. S. 1127] and No. 73–918.

No. 73–1006. MARTIN-TRIGONA *v.* SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Motion to dispense with printing petition denied but without prejudice to the Circuit Justice's considering the papers as an application for extension of time within which to file petition properly printed under Rule 39 of the Rules of this Court.

No. 73–5939. MAEMPE *v.* ENOMOTO;

No. 73–5975. WASHINGTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 73–6065. SKINNER *v.* WARDEN, BALTIMORE COUNTY JAIL;

No. 73–6087. ANDERSON *v.* MISSISSIPPI;

No. 73–6120. DELESPINE *v.* ESTELLE, CORRECTIONS DIRECTOR; and

No. 73–6160. CONNER *v.* ROBUCK ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–5724. COZZETTI *v.* THOMPSON, U. S. DISTRICT JUDGE; and

No. 73–5760. TATE *v.* DE MASCIO, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.